AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hogan, Thomas F. | U.S. District Court for the District of Columbia | 06/18/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior | ☐ Nomination ☐ Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. Courthouse
333 Constitution Ave., N.W.
Washington, D.C. 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Principal - Medical Practice |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | NationsBank | | L |
| 2. | EverHome Mortgage (formerly known as Alliance Mortgage) | Mortgage on ▒ property | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. --BROKERAGE ACCOUNT #1-- | | | | | | | | | |
| 2. Citibank Deposit Program | A | Interest | J | T | | | | | |
| 3. ARES Capital | A | Dividend | J | T | | | | | |
| 4. Cigna | A | Dividend | J | T | | | | | |
| 5. Capital World Growth Class A | A | Dividend | K | T | | | | | |
| 6. Mayor & City Council Balt. | A | Interest | K | T | | | | | |
| 7. | | | | | | | | | |
| 8. --BROKERAGE ACCOUNT #2-- | | | | | | | | | |
| 9. Citibank Deposit Program | A | Interest | L | T | | | | | |
| 10. Am. Capital World Growth Cl A | A | Interest | K | T | Buy | 05/18/06 | K | | * omitted frm previous rpt |
| 11. Balt Co Cons Pub IMP due 08/01/17 | A | Interest | J | T | | | | | |
| 12. First Eagle Global Fund Cl C | A | Interest | K | T | | | | | |
| 13. | | | | | | | | | |
| 14. --BROKERAGE ACCOUNT #3-- | | | | | | | | | |
| 15. Citibank Deposit Prog | A | Int./Div. | K | T | | | | | |
| 16. ATT | A | Dividend | K | T | | | | | |
| 17. Banco Santander | B | Dividend | | | Sold | 07/16/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Consol Ediston | B | Dividend | K | T | | | | | |
| 19. GE Co. | A | Dividend | J | T | | | | | |
| 20. Genuine Parts Corp. | A | Dividend | K | T | | | | | |
| 21. Johnson & Johnson | B | Dividend | K | T | | | | | |
| 22. Kimberly Clark | A | Dividend | K | T | | | | | |
| 23. Kinder Morgan Energy | B | Dividend | K | T | | | | | |
| 24. Pepsico | B | Dividend | K | T | | | | | |
| 25. Scotts Co | A | Dividend | K | T | | | | | |
| 26. UPS | A | Dividend | K | T | | | | | |
| 27. Verizon | B | Dividend | K | T | | | | | |
| 28. Wal-Mart | B | Dividend | L | T | | | | | |
| 29. Yum Brands | A | Dividend | K | T | | | | | |
| 30. Templeton Emer. Mkts | B | Dividend | L | T | | | | | |
| 31. FNMA Cpn. due 09/25/20 | A | Interest | J | T | | | | | |
| 32. --Mutual Funds-- | | | | | | | | | |
| 33. Ivy Global Nat Res | | None | J | T | | | | | |
| 34. Ivy Asset Strategy Cl C | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Merrill Lynch bond | A | Interest | K | T | | | | | |
| 36. TVA FED BK, 11/01/12 | A | Interest | | | Redeemed | 11/01/12 | K | A | |
| 37. | | | | | | | | | |
| 38. --BROKERAGE ACCOUNT #4-- | | | | | | | | | |
| 39. Citibank Bank Dep Program | A | Interest | K | T | | | | | |
| 40. Arrow Electronics | B | Interest | K | T | | | | | |
| 41. AT&T | B | Dividend | K | T | Buy (add'l) | 05/10/12 | J | | |
| 42. Bellsouth Corp/ATT | B | Dividend | J | T | | | | | |
| 43. Chevron Texaco | C | Dividend | M | T | | | | | |
| 44. Coca-Cola | B | Dividend | L | T | | | | | |
| 45. ConEd | B | Dividend | K | T | Buy (add'l) | 05/10/12 | J | | |
| 46. Costco | A | Dividend | K | T | | | | | |
| 47. En Bridge Energy Partners GE | B | Dividend | K | T | | | | | |
| 48. Enterprise Prods Partners | B | Dividend | K | T | | | | | |
| 49. Etablliss Delhaize Computer Corp. | A | Dividend | | | Sold | 12/22/11 | J | A | *omitted from 2011 report |
| 50. Exelon | | None | K | T | | | | | |
| 51. Exxon | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fed. Realty Inv. Tr. | B | Dividend | L | T | | | | | |
| 53. Ford Del Deb 11/15/2025 | A | Interest | J | T | | | | | |
| 54. Ford Debentures 08/01/2026 | A | Interest | K | T | | | | | |
| 55. General Electric | A | Dividend | K | T | | | | | |
| 56. Genuine Parts | A | Dividend | K | T | | | | | |
| 57. HJ Heinz | C | Dividend | L | T | | | | | |
| 58. IBM | A | Dividend | J | T | | | | | |
| 59. Johnson & Johnson | B | Dividend | K | T | Buy (add'l) | 08/31/12 | J | | |
| 60. J.P. Morgan Chase | A | Dividend | K | T | Buy (add'l) | 05/10/12 | K | | |
| 61. Kimberly Clark | B | Dividend | K | T | Buy (add'l) | 08/31/12 | J | | |
| 62. Kinder Morgan Energy | C | Dividend | L | T | | | | | |
| 63. Eli Lilly & Co. | B | Dividend | K | T | Buy (add'l) | 05/10/12 | K | | |
| 64. Medco | | None | | | Sold | 6/1/2011 | J | A | *omittted from 2011 report |
| 65. Merck & Co. | A | Dividend | K | T | | | | | |
| 66. Microsoft | A | Dividend | K | T | | | | | |
| 67. National Retail Prop. | B | Dividend | K | T | Buy | 11/12/12 | K | | |
| 68. PepsiCo | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Pfizer, Inc. | B | Dividend | K | T | | | | | |
| 70. Proctor & Gamble | B | Dividend | L | T | Buy (add'l) | 08/31/12 | K | | |
| 71. 3M | A | Dividend | K | T | | | | | |
| 72. Universal Health Realty | B | Dividend | K | T | Buy | 11/07/12 | K | | |
| 73. UPS | B | Dividend | K | T | | | | | |
| 74. Verizon | C | Dividend | K | T | Buy (add'l) | 05/10/12 | K | | |
| 75. Wells Fargo | B | Dividend | K | T | | | | | |
| 76. FNMA Cl 59, 10/25/2022 | A | Interest | J | T | | | | | |
| 77. Bank of America Funding Cl | A | Interest | J | T | | | | | |
| 78. Bank of America Mtg Sec Cl | A | Interest | J | T | | | | | |
| 79. Bank of America. Cl | A | Interest | J | T | | | | | |
| 80. Chase Mtg. Fin. Cl | A | Interest | K | T | | | | | |
| 81. Chase Mtg. Fin. Cl | A | Interest | K | T | | | | | |
| 82. EuroPacific Growth Fund Cl B | A | Interest | J | T | | | | | |
| 83. Ivy Intl Con Equity | | None | K | T | | | | | |
| 84. Ivy Global Nat Resources Cl C | | None | K | T | | | | | |
| 85. Ivy Asset Strat. Cl-C | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. NationsBank Sub Note | B | Interest | J | T | | | | | |
| 87. Lincoln National bond 03/15/18 | A | Interest | J | T | | | | | |
| 88. Dow Chemical 05/15/2018 | B | Interest | | | Sold | 08/31/12 | K | B | |
| 89. Alcoa Inc bond | A | Interest | K | T | | | | | |
| 90. Merrill Lynch bond 07/15/18 | B | Interest | K | T | | | | | |
| 91. AmerenEnergy bond | A | Interest | J | T | | | | | |
| 92. Wash RE Inv | A | Interest | | | Sold | 11/07/12 | L | A | |
| 93. Whirlpool Mty 05/15/21 | A | Interest | K | T | | | | | |
| 94. Xerox Mty 06/15/21 | A | Interest | K | T | | | | | |
| 95. FICO Strips SR 19, 12/06/12 | A | Interest | | | Redeemed | 12/12/12 | J | A | |
| 96. TVA Bonds, 12/15/12 | A | Interest | | | Redeemed | 12/17/12 | K | A | |
| 97. | | | | | | | | | |
| 98. --BROKERAGE ACCOUNT #5 | | | | | | | | | |
| 99. Oppenh Str Inc N | | None | J | T | Sold (part) | 04/24/12 | J | A | |
| 100. Am Fds Cap Wld G/I R3 | | None | J | T | Sold (part) | 04/24/12 | K | A | |
| 101. Am Euro Growth Fund R-3 | | None | J | T | Sold (part) | 04/24/12 | K | A | |
| 102. Amer Growth Fund R-3 | | None | J | T | Sold (part) | 04/24/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Ameri Funds Inc Fund 3 | | None | J | T | Sold (part) | 04/24/12 | K | A | |
| 104. America Bond Fund 3 | | None | J | T | Sold (part) | 04/24/12 | J | A | |
| 105. PIMCO Real Ret R | | None | J | T | Sold (part) | 04/24/12 | J | A | |
| 106. Federated Kaufmann K | | None | J | T | Sold (part) | 04/24/12 | K | A | |
| 107. Oppenh Intl Bond N | | None | J | T | Sold (part) | 04/24/12 | J | A | |
| 108. Black Rock Temp Fund Mgmt | | None | J | T | Sold (part) | 04/24/12 | J | A | |
| 109. Van Kampen Eq Inc R | | None | J | T | Sold (part) | 04/24/12 | J | A | |
| 110. | | | | | | | | | |
| 111. --BROKERAGE ACCOUNT #6-- | | | | | | | | | |
| 112. Citibank Deposit Program | A | Interest | J | T | | | | | |
| 113. *First Eagle Gobal Fund -duplicates line 14 in prev reports | | | | | | | | | * duplicate lline 14 |
| 114. Franklin Tax Free Trust High Yield Taxfree Income Fnd. | A | Dividend | L | T | | | | | |
| 115. NationsBank Corp Sub Note, 9/15/16 | B | Interest | J | T | | | | | |
| 116. Cook County #205 | A | Interest | J | T | | | | | |
| 117. Howard County Cons. | B | Interest | K | T | | | | | |
| 118. Maryland State Health | B | Interest | | | Redeemed | 07/02/12 | K | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  --OIL & GAS WELL SHARES-- | | | | | | | | | |
| 121.  Total Fina Elf. | B | Royalty | J | W | | | | | |
| 122.  Gas Tank Jt. Ven. | B | Distribution | K | W | | | | | |
| 123.  Atlas Gas Well | A | Royalty | J | W | | | | | |
| 124. | | | | | | | | | |
| 125.  --REAL ESTATE-- | | | | | | | | | |
| 126.  Sussex Co., DE 1/2 int. | D | Rent | M | W | | | | | |
| 127.  ▨▨▨ - ▨▨▨ property | | None | M | W | | | | | |
| 128.  ▨▨▨ Prop. ▨▨▨ | | None | K | W | | | | | |
| 129.  ▨▨▨ | D | Rent | L | W | | | | | |
| 130.  Ga. hsg. ptnrsh., c/o Winthrop Boston | A | Distribution | J | W | | | | | |
| 131.  ▨▨▨ | D | Interest | L | W | | | | | |
| 132. | | | | | | | | | |
| 133.  --MISC-- | | | | | | | | | |
| 134.  Centennial MM Tr. Money Market | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Hogan, Thomas F. | 05/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Irrevocable Trust -- based on a 1994 Ethics Committee opinion, assets held in irrevocable trust for which      serves as sole trustee and over which I have no authority whatsoever, are not required to be listed. Transactions involving assets of the trust are managed by a brokerage firm;      is consulted only for a "yes" or "no" regarding prospective purchases or sales.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas F. Hogan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544